

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00498-CV

**IN RE BEXPROP 1, LLC,** Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: October 9, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On July 24, 2024, relator filed a petition for writ of mandamus. This court has determined that relator is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-07453, styled *Eduardo Tostado v. 70621 Bexprop 1, LLC*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.